JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.P.D., INC. aka FPD, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, THE HARTFORD INSURANCE COMPANY, THE HARTFORD GROUP, and DOES 1 to 10,<br><br>  Defendants. | Case No.: CV 15-4419-DMG (Ex)<br><br>**ORDER RE STIPULATION FOR DISMISSAL [31]** |

The Court, having reviewed the stipulation of plaintiff F.P.D., Inc. aka FPD, Inc. ("FPD") and defendant Hartford Casualty Insurance Company ("Hartford"), and good cause appearing therefor, hereby orders as follows:

1. Plaintiff FPD's claims, as alleged against Hartford in the complaint, and this entire action are dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii);

2. Plaintiff FPD and defendant Hartford shall bear their own fees and costs; and

3. All scheduled dates and deadlines are VACATED. The Court Order re settlement conference [Doc. # 32] is also VACATED.

**IT IS SO ORDERED.**

DATED: January 11, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE